# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA MARTIN,** | : | No. 1:22-cv-01482 |
| Plaintiff | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **CLIFTON WHITE,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of February 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT:**

1. Defendant's motion to dismiss (Doc. No. 7) pursuant to Federal Rule of Civil Procedure 12(b)(2) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
